PK

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

TYLUS ALLEN JR.,

                Plaintiff,

    v.

THE VILLAGE OF OAK LAWN, et al.,

                Defendants.

No. 1:19-cv-07904

Judge Charles R. Norgle, Sr.

Magistrate Judge Sidney I. Schenkier

## AGREED ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT

By agreement of the parties, the Defendants, The Village Of Oak Lawn, S. Heiling, M. McNeela, P. Barron, and S. Sucharzewski (collectively, the "Oak Lawn Defendants"), shall have up to and including March 25, 2020 to answer or otherwise respond to Plaintiff's Complaint.

ENTERED: 3-2-20

Hon. Charles R. Norgle, Sr.

Miguel E. Larios
Peterson, Johnson & Murray Chicago, LLC
200 West Adams, Suite 2125
Chicago, Illinois 60606
312-724-8032
312-896-9318 (Fax)
mlarios@pjmchicago.com
Attorney No. 42316

2020 MAR -2 PM [I:0]